**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| MARK A. BUTLER; DERICK STEVENSON, ADC #61956; and CLINTON ROBINSON, ADC #48318 | PLAINTIFFS |
| v.   No. 3:14CV00030-JLH-JJV | |
| CHASITY JACKSON; TRACY REECE; LOREN DEVINE; and JENNIFER SWINDLE | DEFENDANTS |

**ORDER**

On March 14, 2014, United States Magistrate Judge Joe J. Volpe entered proposed findings and recommended disposition in which he recommended that co-plaintiffs Stevenson and Robinson be dismissed from this action for failure to state a claim upon which relief may be granted and that plaintiffs' legal mail allegations be dismissed for failure to state a claim upon which relief may be granted. No objections have been filed.  The proposed findings and recommended disposition are therefore adopted in their entirety the findings and disposition of this Court.  The claims of co-plaintiffs Stevenson and Robinson are hereby dismissed without prejudice.  Plaintiffs' legal mail allegations are also dismissed without prejudice.

IT IS SO ORDERED this 4th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE